# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

October 31, 2005

**Before**

Hon. JOEL M. FLAUM, *Chief Judge*,

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 04-2959

MARIA DOLORES CUELLAR LOPEZ,
                *Petitioner*,

    *v.*

ALBERTO R.GONZALES, AttorneyGeneral
of the United States,
                *Respondent*.

On Petition for Review of an Order
of the Board of Immigration Appeals.

No. A78-125-697

**O R D E R**

The Court, *sua sponte*, corrects its Opinion of October 26, 2005, to read as follows:

Before FLAUM, *Chief Judge*, and BAUER and WOOD, *Circuit Judges*.

SO ORDERED.